STATE of Missouri, Respondent,

v.

Gary KIEFFER, Appellant.

No. ED 80745.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 4, 2003.

Douglas R. Hoff, Assistant State Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Defendant, Gary Kieffer, appeals from the judgment entered after a jury found him guilty of two counts of statutory sodomy in the first degree. Defendant was sentenced to concurrent terms of twenty years imprisonment. No jurisprudential purpose would be served by a written opinion. However, the parties have been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).